# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\*\*\*

DARLENE JENKINS,

        Plaintiff,

vs.

SAM'S CLUB #4974, *et al.*,

        Defendants.

Case No. 2:17-cv-01869-RFB-VCF

**ORDER**

MOTION TO EXCLUDE TESTIMONY AND EVIDENCE [ECF NO. 13]

    Before the Court is Defendant Sam's West's (named in case as "Sam's Club") Motion to Exclude Testimony and Evidence (ECF No. 13) and Notice of Settlement (ECF No. 14). For the reasons stated below, Defendant's motion is denied without prejudice as moot.

    On February 14, 2018, Defendant filed a motion to exclude testimony and evidence. (ECF No. 13). On February 20, 2018, Defendant filed a notice that the parties have reached a settlement in the case. (ECF No. 14). In light of the notice of settlement, the Court finds that the motion to exclude testimony and evidence is moot.

    Accordingly, and for good cause shown,

    IT IS ORDERED that Defendant's Motion to Exclude Testimony and Evidence (ECF No. 13) is DENIED WITHOUT PREJUDICE AS MOOT.

    IT IS FURTHER ORDERED that the parties have until May 4, 2018 to submit an order for dismissal. The Court hereby sets a status hearing for 2:00 PM, May 16, 2018 regarding the dismissal of this case.

    DATED this 2nd day of March, 2018.

                                    _____
                                    CAM FERENBACH
                                    UNITED STATES MAGISTRATE JUDGE